16-20205:6.0:Application for Installment Agreement:Main Document Entered: 6/21/2016 1:19:41 PM by:Dornesa Sirmons Page 2 of 2

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
### Northern District Of Illinois

In re __MARK ANTWI__, Debtor

Case No. __16 B 20205__

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __135__    Check one ☐ With the filing of the petition, or
                      ☒ On or before __7-18-16__

$ __100__ on or before __8-4-16__

$ __100__ on or before __8-30-16__

$ _____ on or before _____

☒ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __6/29/16__

J.Cx __Jacqueline P. Cox__
United States Bankruptcy Judge